UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN STEELE,<br><br>                Plaintiff,<br><br>        v.<br><br>CDCR, et al.,<br><br>                Defendants. | Case No.  1:19-cv-00471-AWI-BAK (SAB) (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITHOUT PREJUDICE**<br><br>(Doc. No. 45) |

Plaintiff Justin Steele is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 13, 2022, the assigned magistrate judge issued Findings and Recommendations, recommending the action be dismissed, without prejudice, for Plaintiff's failure to effect service of process. (Doc. No. 45.) Plaintiff was afforded fourteen days within which to file objections. (*Id.*) On June 7, 2022,[1] Plaintiff filed his objections. (Doc. No. 46.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

//

---

[1] Plaintiff's objections are signed and dated May 28, 2022.

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations issued on May 13, 2022 (Doc. No. 45) are adopted in full;

2. The action is dismissed without prejudice for Plaintiff's failure to effect service of process; and,

3. The Clerk of the Court is directed to terminate all pending motions and to close this case.

IT IS SO ORDERED.

Dated: June 10, 2022

SENIOR DISTRICT JUDGE